UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 08-20008-CR-JORDAN/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

V.

DASHIELL T. HERNANDEZ,

    Defendant.
_____/

**THIS CAUSE** came before the Court for a show cause hearing on a Petition for Action on conditions of Pretrial Release and pursuant to proceedings it is thereupon

**ORDERED AND ADJUDGED as follows:**

The court amends the bond to add the following special conditions: Report to Pretrial Services 1x per week in person and 2x by phone; Submit to random drug testing and/or treatment as directed by Pretrial Services. All other aspects of the bond remain unchanged.

**DONE AND ORDERED** at Miami, Florida this 14th day of MARCH 2008.

                                        **WILLIAM C. TURNOFF**
                                **UNITED STATES MAGISTRATE JUDGE**

CC:    AUSA
        Defense Counsel
        U.S. Marshal
        Pretrial Services