UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-20008-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) )  ) |
| DASHIELL HERNANDEZ | ) |
| _____ | ) |

**ORDER**

At calendar call, government counsel and defense counsel expressly agreed to have Magistrate Judge McAliley preside over jury selection and pick a jury.  *See Gonzalez v. United States*, 128 S.Ct. 1765, 1770-71 (2008) (express consent by counsel suffices to permit a magistrate judge to preside over jury selection in a felony trial).  Accordingly, jury selection will take place before Magistrate Judge McAliley at 9:30 a.m., on Monday, July 14, 2008, in Courtroom 10-1 of the Wilkie Ferguson Courthouse, 400 N. Miami Avenue, Miami, FL 33128.

DONE and ORDERED in chambers in Miami, Florida, this 3rd  day of July, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   Magistrate Judge McAliley
           All counsel of record